B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Legacy Home Health Agency, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **74-2826236** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**6655 First Park 10 Blvd.**<br>**San Antonio, TX**<br>ZIP CODE **78213** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Bexar** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:** **Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.4.1, ID 2188319443)*

| B1 (Official Form 1) (04/13) | | Page 2 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Legacy Home Health Agency, Inc.** | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☒ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  X_____  Date |
|---|---|

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:
☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.4.1, ID 2188319443)*

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Legacy Home Health Agency, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br><br>X_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X  **/s/ WILLIAM R. DAVIS, JR.**<br>   **WILLIAM R. DAVIS, JR.**    Bar No. **05565500**<br><br>**Langley & Banack, Inc.**<br>**745 E Mulberry Ave.**<br>**Suite 900**<br>**San Antonio, TX 78212**<br><br>Phone No. **(210) 736-6600**    Fax No. **(210) 735-6889**<br><br>4/8/2015<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X_____<br><br>_____<br>Date<br><br>Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**Legacy Home Health Agency, Inc.**<br><br>X  **/s/ Ambrose Hernandez**<br>Signature of Authorized Individual<br><br>  **Ambrose Hernandez**<br>Printed Name of Authorized Individual<br><br>  **President**<br>Title of Authorized Individual<br><br>  **4/8/2015**<br>Date | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: **Legacy Home Health Agency, Inc.**      CASE NO

CHAPTER **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

1. Debtor's employer identification number is __**74-2826236**__.

2. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is __**N/A**__.

3. The following financial data is the latest available information and refers to the debtor's condition on __**4/8/2015**__.

    a. Total Assets      **$1,703,609.70**

    b. Total Liabilities      **$456,791.39**

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | $259,528.41 | 29 |
| Contingent secured debt | $0.00 | 0 |
| Disputed secured debt | $0.00 | 0 |
| Unliquidated secured debt | $0.00 | 0 |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | $95,379.65 | 19 |
| Contingent unsecured debt | $101,883.33 | 13 |
| Disputed unsecured debt | $101,883.33 | 14 |
| Unliquidated unsecured debt | $101,883.33 | 13 |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | 1000 | 1 |
| *Comments, if any* | | |

4. Brief description of debtor's business:
    *Home health care*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Legacy Home Health Agency, Inc.**　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER　**11**

# EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

   *Ambrose Hernandez - 100%*

---

6. List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

   *None*

---

I, **Ambrose Hernandez**, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date: **4/8/2015**　　　　　　　　　　　Signature: **/s/ Ambrose Hernandez**
　　　　　　　　　　　　　　　　　　　　　　　　　*Ambrose Hernandez*
　　　　　　　　　　　　　　　　　　　　　　　　　**President**

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

IN RE:  **Legacy Home Health Agency, Inc.**                                    CASE NO

                                                                                                              CHAPTER    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$50,000.00** |
| Prior to the filing of this statement I have received: | **$50,000.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:

    ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **4/8/2015** | **/s/ WILLIAM R. DAVIS, JR.** |
| Date | WILLIAM R. DAVIS, JR.              Bar No. 05565500 |
| | Langley & Banack, Inc. |
| | 745 E Mulberry Ave. |
| | Suite 900 |
| | San Antonio, TX 78212 |
| | Phone: (210) 736-6600 / Fax: (210) 735-6889 |

---

  **/s/ Ambrose Hernandez**

*Ambrose Hernandez*
*President*

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:  **Legacy Home Health Agency, Inc.**   Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PlayMaker<br>111 Southeast Pkwy. Court<br>Franklin, TN  37064 | | Services | Contingent<br>Unliquidated<br>Disputed | $58,423.00 |
| Verizon<br>P.O. Box 660108<br>Dallas, TX  75266-0108 | | Services | | $54,557.96 |
| Fifth Third Bank<br>38 Fountain Square Plaza<br>Cincinnati, OH  45263 | | Purchase money security interest | | $75,147.82<br>**Value: $48,750.00** |
| Kingsville Home Rehab Services, Inc.<br>100 E. Kleberg Ave., Suite 210<br>Kingsville, TX  78363 | | Lawsuit | Contingent<br>Unliquidated<br>Disputed | $20,310.00 |
| Royston Razor<br>802 N. Carancahua, Suite 1300<br>Corpus Christi, TX 78401-0021 | | Attorney Fees | Contingent<br>Unliquidated<br>Disputed | $20,000.00 |
| Verizon<br>P.O. Box 660108<br>Dallas, TX  75266-0108 | | Services | | $10,782.75 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Legacy Home Health Agency, Inc.**                    Case No.

                                                              Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CIT Technology Financial Services<br>21146 Network Place<br>Chicago, IL  60673-1211 | | Services | | $5,663.01 |
| Dahill<br>P.O. Box 314<br>San Antonio, TX  78292-0314 | | Services | | $5,619.93 |
| Verizon<br>McCarthy, Burgess & Wolf<br>26000 Cannon Rd.<br>Cleveland, OH  44146 | | Services | | $4,801.91 |
| Allscripts<br>24630 Network Place<br>Chicago, IL  60673-1246 | | Services | | $3,874.64 |
| Navy Army Federal Credit Union<br>P.O. Box 81349<br>Corpus Christi, TX  78468-1349 | | Purchase money security interest | | $7,885.40<br>Value: $4,500.00 |
| Navy Army Federal Credit Union<br>P.O. Box 81349<br>Corpus Christi, TX  78468-1349 | | Purchase money security interest | | $9,432.28<br>Value: $6,100.00 |
| Yellow Pages | | Advertising | *Contingent*<br>*Unliquidated*<br>*Disputed* | $3,141.33 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

IN RE: **Legacy Home Health Agency, Inc.**  Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Protection One (Express Recovery Svc) P.O. Box 26415 Salt Lake City, UT 84126-0415 | | Services | | $2,840.92 |
| Verizon McCarthy, Burgess & Wolf 26000 Cannon Rd. Cleveland, OH 44146 | | Services | | $2,563.80 |
| Navy Army Federal Credit Union P.O. Box 81349 Corpus Christi, TX 78468-1349 | | Purchase money security interest | | $6,884.07 Value: $4,500.00 |
| Navy Army Federal Credit Union P.O. Box 81349 Corpus Christi, TX 78468-1349 | | Purchase money security interest | | $6,884.07 Value: $4,500.00 |
| Avaya Financial Services P.O. Box 93000 Chicago, ILI 60673-3000 | | Services | | $2,331.54 |
| Navy Army Federal Credit Union P.O. Box 81349 Corpus Christi, TX 78468-1349 | | Purchase money security interest | | $5,999.61 Value: $4,500.00 |
| Navy Army Federal Credit Union P.O. Box 81349 Corpus Christi, TX 78468-1349 | | Purchase money decurity interest | | $5,999.61 Value: $4,500.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Legacy Home Health Agency, Inc.**  Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **4/8/2015**       Signature: **/s/ Ambrose Hernandez**
                                    *Ambrose Hernandez*
                                    **President**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Legacy Home Health Agency, Inc.**                              CASE NO

                                                                                                   CHAPTER   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/8/2015                                         Signature  /s/ Ambrose Hernandez
                                                                               *Ambrose Hernandez*
                                                                               *President*

Date _____           Signature _____

Admiral Linen
2030 Kipling
Houston, TX 77098

Adriana Resendez
5917 N. 22nd St.
McAllen, TX 78504

Allscripts
24630 Network Place
Chicago, IL 60673-1246

Ambrose Hernandez
3404 San Eduardo
Mission, TX 78572

Ana Rodriguez
Legacy Home Health Agency, Inc.
3605 Plantation Grove Blvd.
Mission, TX 78572

Apex Primary Care, Inc.
c/o Mr. John J. Rivas
Rivas Goldstein, LLP
7035 Bee Cave Rd., Suite 200
Austin, TX 78746

AT&T
P.O. Box 5001
Carol Stream, IL 60197-5001

Avaya Financial Services
P.O. Box 93000
Chicago, ILI 60673-3000

Bee County Tax Assessor
Linda G. Bridge
401 N. Washington
Beeville, TX 78102

```
Bexar County Tax Assessor
P.O. Box 839950
San Antonio, TX  78283-3950



Cameron County Tax Assessor
Tony Yzaguirre, Jr.
1390 W. Expressway 83
San Benito, TX  78586



Care Improvements Plus
P.O. Box 488
Linthicum, MD  21090-0488



Centinela Properties
509 N. San Antonio
Rio Grande, TX  78582



CIT Finance, LLC
c/o David V. Wilson, II
1233 West Loop, South, Suite 1000
Houston, TX  77027



CIT Technology Financial Services
21146 Network Place
Chicago, IL  60673-1211



Dahill
P.O. Box 314
San Antonio, TX  78292-0314



Dorthy Pillow
c/o  Robert Hillard
Hillard, Munoz & Gonzales
719 S. Shoreline Blvd., #500
Corpus Christi, TX  78401

Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, OH  45263
```

Ford Motor Credit
Attn: Bankruptcy Dept.
P.O. Box 1722
Dearborn, MI 48121


Gina Lucio
220 South Lackland St.
Edcouch, TX 78538


Guadalupe Guzman
2928 Maguerite St.
Corpus Christi, TX 78405


Hidalgo Tax Assessor
P.O. Box 178
Edinburg, TX 78540-0178


Infiniti Financial Services
P.O. Box 78132
Phoenix, AZ 85062-8132


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Keith West
Atlus Global Trade Solutions
2400 Veterans Blvd., Suite 300
Kenner, LA 70062


Kingsville Home Rehab Services, Inc.
100 E. Kleberg Ave., Suite 210
Kingsville, TX 78363

```
Kleberg County Tax
P.O. Box 1457
Kingsville, TX  78364-1457



L. Bradley Hancock
Greenberg Traurig, LLP
1000 Louisiana St., Suite 1700
Houston, TX  77002



Lincoln AFS
P.O. Box 542000
Omaha, NE  68154-8000



Linebarger Goggan Blair & Sampson
711 Navarro, Suite 300
San Antonio, TX 78205



Ms. Christine D. Cone
Donnell, Abernethy & Kieschnick, PC
555 N. Carancahua St., Suite 1770
Corpus Christi, TX  78401-0853


Ms. Valerie C. Glass
Mr. Charlie Downing
Atlas, Hall & Rodriguez, LLP
P.O. Drawer 3725
McAllen, TX  78502

Navy Army Federal Credit Union
P.O. Box 81349
Corpus Christi, TX  78468-1349



Nueces County Tax Assessor
P.O. Box 2810
Corpus Christi, TX  78403-2810



Old Lipan
615 Upper Broadway
Corpus Christi, TX  78401
```

Pitney Bowes  
P.O. Box 371887  
Pittsburgh, PA 15250-7887

PlayMaker  
111 Southeast Pkwy. Court  
Franklin, TN 37064

Protection One (Express Recovery Svc)  
P.O. Box 26415  
Salt Lake City, UT 84126-0415

Royston Razor  
802 N. Carancahua, Suite 1300  
Corpus Christi, TX 78401-0021

Superior Healthplan, Inc.  
4501 S. Expressway 83  
Harlingen, TX 78550

U.S. Attorney  
601 NW Loop 410, Suite 600  
San Antonio, TX 78216

U.S. Attorney General of  
Main Justice Bldg., #5111  
10th & Constitutional Ave., NW  
Washington, DC 20530

Verizon  
P.O. Box 660108  
Dallas, TX 75266-0108

Verizon  
McCarthy, Burgess & Wolf  
26000 Cannon Rd.  
Cleveland, OH 44146

```
Yellow Pages




YP Advertising
P.O. Box 5010
Carol Stream, IL  60197-5010


Yvette Alvarado
100 Herencia Dr., Apt. #152
Weslaco, TX  78596
```